UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

BEFORE:   ARLENE R. LINDSAY            DATE: 11/7/2023
          United States Magistrate Judge
                                       TIME: 12:00 PM

DOCKET NO: 23-cv-04597-ARL

CASE: Espinoza v. Calvert Manor Bagels Inc. et al

___  INITIAL CONFERENCE
___  STATUS CONFERENCE
___  SCHEDULING CONFERENCE                BY TELEPHONE ___
___  SETTLEMENT CONFERENCE
___  FINAL CONFERENCE
 X   FAIRNESS HEARING

         APPEARANCES:      FOR PLAINTIFF:      FOR DEFENDANTS:
                           Erik Bashian         Samuel G. Dobre

The following rulings were made:

Having reviewed the terms of the parties' proposed settlement agreement, the Court finds that it is fair and reasonable, including the allocation of attorneys' fees. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015).  The Agreement is modified to strike the portion of the non-disparagement clause as agreed to on the record.  Plaintiff's counsel will undertake to ensure that the distribution of funds are made in a manor that protects the defendants from any claims as set forth on the record. The Clerk of Court is directed to mark this matter closed.


SO ORDERED:
_____/s/_____